# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JURADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00739-LJO-BAM<br>New Case No. 1:18-cv-00739-LJO-SAB<br><br>ORDER RELATING CASES AND REASSIGNING CASE TO MAGISTRATE JUDGE STANLEY A. BOONE<br><br>(ECF No. 5) |

On May 31, 2018, Plaintiffs filed a complaint and notice of related case in this action. (ECF Nos. 1, 5.) Review of this action reveals that it is related under Local Rule 123 to the action entitled <u>Laurino v. United States Postal Service</u>, No. 1:18-cv-00636-LJO-SAB. The actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with case no. 1:18-cv-00636-LJO-SAB;

2. This case shall be assigned to the docket of United States Magistrate Judge Stanley A. Boone, and

3. The new case number shall be:

　　　1:18-cv-00739-LJO-SAB

and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:   **June 1, 2018**

_____
UNITED STATES MAGISTRATE JUDGE