# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LAURINO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendants. | CASE NO.: 1:18-cv-00636-LJO-SAB<br><br>AMENDED ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE THE UNITED STATES AND TINA MARIE AMENDE AS PARTIES IN THIS ACTION AND TO CLOSE CASE NO. 1:18-cv-00739-LJO-SAB<br><br>(ECF No. 16) |

On October 26, 2018, the parties filed a stipulation to dismiss the United States Postal Service and Tina Marie Amende. (ECF No. 16.) Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, the United States Postal Service and Tina Marie Amende, shall be terminated in this action.

Pursuant to the stipulation of the parties, this action was consolidated with Jurado v. United States, No. 1:18-cv-00739-LJO-SAB, on July 16, 2018. (ECF Nos. 10, 11.) As this action has been consolidated, the Court shall require Plaintiffs to file an amended complaint reflecting the consolidation. Further, the Court notes that Jurado has not been closed, and the Clerk of the Court shall be directed to close the case.

1

1 | The original order directed the parties to file an amended complaint. However, the Court finds that it is not necessary for an amended complaint to be filed and this order deletes the requirement to file an amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to ADMINISTRATIVELY TERMINATE the United States Postal Service and Tina Marie Amende as defendants in this action; and

2. The Clerk of the Court is DIRECTED to ADMINISTRATIVELY CLOSE <u>Jurado v. United States</u>, No. 1:18-cv-00739-LJO-SAB.

IT IS SO ORDERED.

Dated: **November 6, 2018**

UNITED STATES MAGISTRATE JUDGE